# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEYAH FAHNBULLEH,** | : | |
| **Plaintiff**, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CARELINK COMMUNITY** | : | |
| **SUPPORT SERVICES, INC.,** | : | |
| **Defendant.** | : | **No. 08-5055** |
| | : | |

## ORDER

**AND NOW**, this **4ᵗʰ** day of **December, 2009**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons set forth in this Court's December 4ᵗʰ, 2009 Memorandum, it is hereby **ORDERED** that:

1.    Defendant's Motion for Summary Judgment (Document No. 12) is **GRANTED**.

2.    The Clerk of Court is directed to close this case.

BY THE COURT:

_____

**Berle M. Schiller, J.**